UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SAMANTHA TAYLOR,

    Plaintiff,

vs.                                                CASE NO. 6:08-CV-1257-ORL-19GJK

MARILYN G. LAJOIE, M.D., D.C., P.A.,
d/b/a LAJOIE MEDICAL GROUP, and
MARILYN G. LAJOIE,

    Defendants.

## ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 34, filed July 16, 2009). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No.34) is **ADOPTED and AFFIRMED.** The Joint Motion Seeking Court Approval of Settlement Agreement and Incorporated Memorandum of Law (Doc. No. 33, filed May 18, 2009) is **GRANTED** to the extent that the parties' settlement is fair and reasonable. This case is **DISMISSED WITH PREJUDICE**, and the Clerk of the Court is directed to close this file.

**DONE AND ORDERED** at Orlando, Florida, this __3rd__ day of August, 2009.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record